# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141688 & (31)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EUGENE CLARK POSEY,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141688
COA: 291075
Wayne CC: 08-014249-FC

_____/

On order of the Court, the application for leave to appeal the July 8, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

0131

Clerk